## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTH DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KYLE VARGAS, ) | |
| KHORI VARGAS and ) | |
| SHAWN YARBOROUGH, ) | |
|  ) | |
|    PLAINTIFFS, ) | |
|  ) | |
| v. ) | CIVIL ACTION NO.: |
|  ) | 1:17-cv-01141-LMM |
| SCALES 925 ATLANTA, LLC, ) | |
| SCALES 925 ATLANTA ) | |
| MANAGEMENT, LLC, ) | JURY TRIAL REQUESTED |
| CHARLES HUGHES, THE VENUE ) | |
| RESTAURANT CORP, CLIFFORD ) | |
| JOSEPH HARRIS, JR., ) | |
| AND CLIFFORD JOSEPH ) | |
| HARRIS, JR.D.B.A. THE ROYAL ) | |
| GROUP LLC, ) | |
|  ) | |
|    DEFENDANTS. ) | |

### ORDER

This matter is before the Court on the Parties' Joint Motion to Approve Settlement Agreement. Having considered the Parties' Joint Motion, it is hereby **ORDERED** that the Motion is **GRANTED** and the Settlement Agreement (the "Agreement") attached to the Parties' Joint Motion is **APPROVED**. The Court hereby **ORDERS** that the Parties comply with their respective obligations set forth in the Agreement.

Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk is **INSTRUCTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 2nd day of February, 2018.

_____
THE HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE,
NORTHERN DISTRICT OF GEORGIA