## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTH DISTIRCT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| KYLE VARGAS, | ) | |
| KHORI VARGAS and | ) | |
| SHAWN YARBOROUGH, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:17-cv-01141-LMM |
| SCALES 925 ATLANTA, LLC, | ) | JURY TRIAL REQUESTED |
| SCALES 925 ATLANTA | ) | |
| MANAGEMENT, LLC, | ) | |
| CHARLES HUGHES, THE VENUE | ) | |
| RESTAURANT CORP, CLIFFORD | ) | |
| JOSEPH HARRIS, JR., | ) | |
| AND CLIFFORD JOSEPH | ) | |
| HARRIS, JR. D.B.A. THE ROYAL | ) | |
| GROUP LLC, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## NOTICE

NOW COMES Defendant Hughes, by counsel who appears for the limited purpose of filing this notice, to inform the Court that Bankruptcy Counsel and Defendant have informed counsel that they will be seeking to reopen the bankruptcy no later than March 4, 2019.  According to Bankruptcy Counsel Defendant Hughes failed to complete the second part of a mandatory class and that has been remedied.

The undersigned counsel has not been retained to represent Defendant in any new or continued actions and will be filing a Motion to Withdraw accordingly.

Respectfully submitted, this 1st day of March, 2019.

*Attorney for Defendant*

/s/ Deirdre M. Stephens-Johnson
Deirdre M. Stephens-Johnson
Georgia Bar No. 678789

6141 Course Side Way
Lithonia, Georgia 30058
phone: 770-866-5292

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTH DISTIRCT OF GEORGIA
## ATLANTA DIVISION

KYLE VARGAS,                        )
KHORI VARGAS and                    )
SHAWN YARBOROUGH,                   )
                                    )
    PLAINTIFFS,             )
                                    )
v.                                  )       CIVIL ACTION NO.:
                                    )       1:17-cv-01141-LMM
SCALES 925 ATLANTA, LLC,            )       JURY TRIAL REQUESTED
SCALES 925 ATLANTA                  )
MANAGEMENT, LLC,                    )
CHARLES HUGHES, THE VENUE )
RESTAURANT CORP, CLIFFORD )
JOSEPH HARRIS, JR.,                 )
AND CLIFFORD JOSEPH                 )
HARRIS, JR. D.B.A. THE ROYAL )
GROUP LLC,                          )
                                    )
    DEFENDANTS.             )
_____)

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was prepaid in14 point Times New Roman Font and complied with the margin and formatting requirements of L.R.5.1 N.D.Ga.

This the 1ˢᵗ  day of March, 2019                    Respectfully submitted,


*Attorney for Defendant*

/s/ Deirdre M. Stephens-Johnson
Deirdre M. Stephens-Johnson
Georgia Bar No. 678789

6141 Course Side Way
Lithonia, Georgia 30058
phone: 770-866-5292

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTH DISTIRCT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| KYLE VARGAS, | ) | |
| KHORI VARGAS and | ) | |
| SHAWN YARBOROUGH, | ) | |
| | ) | |
|     PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:17-cv-01141-LMM |
| SCALES 925 ATLANTA, LLC, | ) | JURY TRIAL REQUESTED |
| SCALES 925 ATLANTA | ) | |
| MANAGEMENT, LLC, | ) | |
| CHARLES HUGHES, THE VENUE | ) | |
| RESTAURANT CORP, CLIFFORD | ) | |
| JOSEPH HARRIS, JR., | ) | |
| AND CLIFFORD JOSEPH | ) | |
| HARRIS, JR. D.B.A. THE ROYAL | ) | |
| GROUP LLC, | ) | |
| | ) | |
|     DEFENDANTS. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

      THE UNDERSIGNED counsel hereby certifies that this day she caused the foregoing Notice to be served upon all counsel of record by efiling the matter which will send notice to all counsel.

Respectfully submitted, this 1st day of March, 2019.

*Attorney for Defendant*

/s/ Deirdre M. Stephens-Johnson
Deirdre M. Stephens-Johnson
Georgia Bar No. 678789

6141 Course Side Way
Lithonia, Georgia 30058
phone: 770-866-5292