IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KYLE VARGES, *et al.*,  :
:
   Plaintiffs,  :
:
v.  :  CIVIL ACTION NO.
:  1:17-CV-01141-LMM
SCALES 925 ATLANTA, LLC, *et al.*,  :
:
   Defendants.  :

### ORDER

   This case comes before the Court on a *sua sponte* review. According to this Court's review of Mr. Hughes's bankruptcy case, it appears the bankruptcy court granted his motion to reopen the case and his bankruptcy is again pending. See Dkt. No. [29], No. 18-11715-WHD. Thus, the Court **DENIES** Plaintiffs' Motion for Contempt [53] **without prejudice and the right to refile**. This matter is again **STAYED** pending the bankruptcy.

   **IT IS SO ORDERED** this 12th day of April, 2019.

                                                          _____
                                                           **Leigh Martin May**
                                                           **United States District Judge**